IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANT Q. DANIEL,

        Plaintiff,           No. CIV S-03-0291 WBS GGH P

    vs.

D. VINCENT, et al.,

        Defendants.           <u>ORDER</u>

/

        Plaintiff has requested an order directing the California Department of Corrections (CDC) to stop collecting money from his prison trust account for payment of the filing fee for this case. Judgment was entered and this action was dismissed on May 11, 2004. Plaintiff states that a family member sent the court a money order for the balance due, along with the case number and a trust account statement, approximately three weeks prior to October 30, 2005 (the date on the letter plaintiff has filed). The Financial Department of this court has no record of receiving such documents.

        Accordingly, IT IS ORDERED that plaintiff's request for a court order directed to CDC, filed in this court on November 7, 2005, is denied without prejudice.

DATED: 11/22/05          /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
dani0291feepymt.